STATE OF CONNECTICUT *v.* LOUISE CALLAHAN

The defendant's petition for certification for appeal from the Appellate Court, 108 Conn. App. 605 (AC 28609), is denied.

*William B. Westcott,* in support of the petition.

*Richard K. Greenalch, Jr.,* special deputy assistant state's attorney, in opposition.